UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE KIMANI,

                  Plaintiff,

    v.

BETHESDA LUTHERAN COMMUNITIES,

                  Defendant.

Case No. C16-0992RSL

**AMENDED ORDER SETTING
TRIAL DATE & RELATED DATES**

| | |
|---|---|
| **TRIAL DATE** | February 5, 2018 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) or LCR 37(a)(2) | |
| Discovery completed by | July 14, 2017 |
| Settlement conference held no later than | July 28, 2017 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)(3)) | August 14, 2017 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. Replies will be accepted. | October 16, 2017 |
| Agreed pretrial order due | October 30, 2017 |
| Pretrial conference to be scheduled by the Court | |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | November 6, 2017 |

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 1

Length of Trial: 5 days                                    Jury


These dates are set at the direction of the Court after reviewing the "Joint Motion for Extension of Trial and Pretrial Deadlines" submitted on April 11, 2017. All other dates have already passed or are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

The settlement conference conducted between the close of discovery and the filing of dispositive motions requires a face-to-face meeting or a telephone conference between persons with authority to settle the case. The settlement conference does not have to involve a third-party neutral.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES AND LOCAL RULES

Information and procedures for electronic filing can be found on the Western District of Washington's website at www.wawd.uscourts.gov. *Pro se* litigants may file either electronically or in paper form. The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Lasnik:

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 2

1   – Alteration to LCR 10(e)(9) - Effective July 1, 2014, the Western District of

2   Washington will no longer accept courtesy copies in 3-ring binders. All courtesy copies must be

3   3-hole punched, tabbed, and bound by rubber bands or clips. If any courtesy copies are delivered

4   to the intake desk or chambers in 3-ring binders, the binders will be returned immediately. This

5   policy does **<u>NOT</u>** apply to the submission of trial exhibits.

6   – Alteration to Section III, Paragraph M of the Electronic Filing Procedures - Unless the

7   proposed order is stipulated, agreed, or otherwise uncontested, the parties need not e-mail a copy

8   of the order to the judge's e-mail address.

9   – Pursuant to LCR 10(e)(10), all references in the parties' filings to exhibits should be as

10  specific as possible (*i.e.*, the reference should cite the specific page numbers, paragraphs, line

11  numbers, etc.). All exhibits must be marked to designate testimony or evidence referred to in the

12  parties' filings. Filings that do not comply with LCR 10(e) may be rejected and/or returned to

13  the filing party, particularly if a party submits lengthy deposition testimony without highlighting

14  or other required markings.

15  – Alteration to LCR 7(d)(4) - Any motion *in limine* must be filed by the date set forth

16  above and noted on the motion calendar no earlier than the second Friday thereafter. Any

17  response is due on or before the Wednesday before the noting date. Parties may file and serve

18  reply memoranda, not to exceed nine pages in length, on or before the noting date.

19                                    PRIVACY POLICY

20  Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the

21  following information from documents and exhibits before they are filed with the court:

22      * Dates of Birth - redact to the year of birth

23      * Names of Minor Children - redact to the initials

24      * Social Security Numbers and Taxpayer Identification Numbers - redact in their entirety

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

1          * Financial Accounting Information - redact to the last four digits

2          * Passport Numbers and Driver License Numbers - redact in their entirety

3          All documents filed in the above-captioned matter must comply with Federal Rule of

4 Civil Procedure 5.2 and LCR 5.2.

5                                 COOPERATION

6          As required by LCR 37(a), all discovery matters are to be resolved by agreement if

7 possible. Counsel are further directed to cooperate in preparing the final pretrial order in the

8 format required by LCR 16.1, except as ordered below.

9                               TRIAL EXHIBITS

10          The original and one copy of the trial exhibits are to be delivered to chambers five days

11 before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the

12 Clerk's Office. The Court hereby alters the LCR 16.1 procedure for numbering exhibits:

13 plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall

14 be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice:

15 once a party has identified an exhibit in the pretrial order, any party may use it. Each set of

16 exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

17                               SETTLEMENT

18          Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at 206-

19 370-8519, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy

20 Clerk prompt notice of settlement may be subject to such discipline as the Court deems

21 appropriate.

22          DATED this 18th day of April, 2017.

23

24                              _Mvt S Lasnik_
                             Robert S. Lasnik
                             United States District Judge

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 4