The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT SEATTLE

| | |
|---|---|
| GRACE KIMANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BETHESDA LUTHERAN COMMUNITIES, a Wisconsin non-profit organization,<br><br>Defendant. | Case No.: 2:16-cv-00992-RSL<br><br>**ORDER RE: JOINT MOTION FOR EXTENSION OF CERTAIN PRETRIAL DEADLINES BY 60 DAYS** |

Based on the parties' Joint Motion for Extension of Trial and Pretrial Deadlines by 60 Days, and good cause appearing therefor, this Court makes the following Order:

IT IS HEREBY ORDERED that

1. The deadline to file dispositive motions be extended from August 14, 2017, to **October 13, 2017**;

2. The deadline to file motions in limine be extended from October 16, 2017, to **December 15, 2017**;

3. The deadline to file the agreed pretrial order be extended from October 30, 2017, to **December 29, 2017**; and

/ / /

/ / /

ORDER RE: JOINT MOTION FOR
EXTENSION OF TRIAL AND PRETRIAL
DEADLINES BY 60 DAYS - 1
(No. 2:16-cv-00992-RSL)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518

4. The deadline to file trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits be extended from November 6, 2017, to **January 5, 2018.**

SO ORDERED this 3rd day of August, 2017.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

**Presented by:**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
s/ Amanda C. Van Wieren
s/ Adam T. Pankratz
Jennifer A. Nelson, *admitted pro hac vice*
jennifer.nelson@ogletreedeakins.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletreedeakins.com
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Phone: 503.552.2140
Fax: 503.224.4518

Adam T. Pankratz, WSBN 50951
adam.pankratz@ogletreedeakins.com
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: 206.693.7057
Fax: 206.639.7058

Attorneys for Defendant BETHESDA LUTHERAN COMMUNITIES

ORDER RE: JOINT MOTION FOR EXTENSION OF CERTAIN PRETRIAL DEADLINES BY 60 DAYS - 2
(No. 2:16-cv-00992-RSL)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500 | Portland, OR 97201
Phone: 503.552.2140 | Fax: 503.224.4518