Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRACE KIMANI, an individual,

Plaintiff,

vs.

BETHESDA LUTHERAN COMMUNITIES, a Wisconsin non-profit organization,

Defendant.

Case No. 2:16-CV-00992

**ORDER GRANTING FOR LEAVE TO WITHDRAW (PROPOSED)**

## I. ORDER

Having considered Van Siclen, Stocks & Firkins' motion for leave to withdraw and any responsive pleadings thereto, IT IS HEREBY ORDERED that Van Siclen, Stocks & Firkins are permitted to withdraw as counsel for Grace Kimani. Any further pleadings should be directed to Plaintiff at the following address:

Grace Kimani
19019 International Blvd. Apt. 124
Seatac, WA 98188
gracekimani2350@yahoo.com

ORDER GRANTING MOTION TO WITHDRAW
Page - 1

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899

DATED this 24th day of ~~September~~ October, 2017.

_____
The Honorable Robert S. Lasnik

Presented by:

VAN SICLEN, STOCKS & FIRKINS

/s/ Stephanie L. Messplay
Stephanie L. Messplay, WSBA #47017
Robert C. Van Siclen, WSBA #4417
Withdrawing Counsel

ORDER GRANTING MOTION TO WITHDRAW
Page - 2

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street NE
Auburn, WA 98002-1381
(253) 859-8899