Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GRACE KIMANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BETHESDA LUTHERAN COMMUNITIES, a Wisconsin non-profit organization,<br><br>Defendant. | NO. 2:16-cv-00992 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto that the above-entitled matter has been fully settled and compromised between plaintiff Grace Kimani, and defendant Bethesda Lutheran Communities, and may be dismissed with prejudice and without costs to either party.

DATED this 31st day of October, 2017.

/s/ Stephanie L. Messplay
Stephanie L. Messplay, WSBA No. 47017
Robert C. Van Siclen, WSBA No. 4417
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
- 1 -

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 947-4646

|   |   |
|---|---|
| 1 |   |
| 2 | /s/ Amanda C. Van Wieren |
| 3 | Jennifer A. Nelson, *admitted pro hac vice* |
| 4 | Amanda C. Van Wieren, *admitted pro hac vice* |
|   | /s/ Adam T. Pankratz |
| 5 | Adam T. Pankratz, WSBA No. 50951 |
| 6 | Attorney for Defendants |

## ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED that this cause is hereby dismissed with prejudice and without costs to either party.

DATED this **1st** day of **Nov.**, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

Presented By:
Van Siclen Stocks & Firkins

*/s/ Stephanie L. Messplay*
Stephanie L. Messplay, WSBA No. 47017
Robert C. Van Siclen, WSBA No. 4417
Attorney for Plaintiffs

Copy Received, Approved for Entry:
Ogletree, Deakins, Nash Smoak & Stewart, P.C.

*/s/ Amanda C. Van Wieren*
Jennifer A. Nelson, *admitted pro hac vice*
Amanda C. Van Wieren, *admitted pro hac vice*
Adam T. Pankratz, WSBA No. 50951
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL
- 2 -

VAN SICLEN, STOCKS & FIRKINS
A Professional Service Corporation
721 45th Street N.E.
Auburn, WA 98002-1381
(253) 859-8899 • Fax (866) 947-4646